UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

POWKO INDUSTRIES, L.L.C                                CIVIL ACTION

VERSUS

SCOTT FOLSE, ET AL.                                    No. 15-00388-BAJ-SCR

ORDER

Considering the parties' **Joint Motion to Stay (Doc. 19)**,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter and all currently pending deadlines, including the briefing deadlines for all pending motions, are **STAYED** through October 30, 2015 while forensic accounting work is performed by Ralph J. Stephens and the mediation scheduled for October 23, 2015 is conducted.[1]

**IT IS FURTHER ORDERED** that any party may seek a lifting of the stay before October 30, 2015, if either Mr. Stephens accounting work or the mediation scheduled for October 23, 2015 fails for any reason.

---

[1] In response to the instant motion, this Court has also ordered that the Scheduling Conference originally set for September 24, 2015 is rescheduled to November 19, 2015. (Doc. 20).

**IT IS FURTHER ORDERED** that the parties shall promptly advise the Court of the status of settlement on or before October 30, 2015.[2]

Baton Rouge, Louisiana, this 27th day of August, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[2] In response to the instant motion, this Court has additionally ordered that the parties file their Status Report with the Court by November 12, 2015. (*Id.*).