

R. LOREN KLEINPETER

ROBERT L. KLEINPETER
(1924 – 2013)

November 17, 2015

**<u>Via Facsimile Only (225) 389-3693</u>**
Honorable Brian A. Jackson, Chief Judge
United States Middle District Court
777 Florida Street, Suite 375
Baton Rouge, Louisiana 70801

      RE:    Powko Industries, LLC v. Scott Folse, et al.
               Civil Action No. 3:15-CV-00388-BAJ-SCR
               United States District Court, Middle District of Louisiana
               Our File No.: 13-182

Dear Judge Jackson:

      This will confirm the voice message I left with your Courtroom Deputy, Pam Harter, advising that the claims in the above entitled matter have been settled. We are in the process of finalizing the settlement documents and will be paying the settlement before the week is out. Accordingly, it will not be necessary for the Court to hold a settlement conference this Thursday, November 19, 2015, and the Court may enter a 60 day dismissal. We should be filing a Joint Motion of Dismissal and Order prior to Thanksgiving.

                                               Very truly yours,

                                               R. Loren Kleinpeter
                                               For the Firm

RLK/th
cc:    Via Email Only:
        Mr. Sonny Chastain
        Mr. Michael Reese Davis
        Mr. Richard Duplantier