UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

POWKO INDUSTRIES, L.L.C                                              CIVIL ACTION

VERSUS

SCOTT FOLSE, ET AL.                                                  No. 15-00388-BAJ-SCR

### THIRTY DAY ORDER OF DISMISSAL

Considering the letter filed into the record (Doc. 26) on November 19, 2015, by counsel for Defendants DMI Contractors, Inc., DMI Pipe Fabrication, LLC, Mustang Coatings, LLC, and Tower Lighting, Inc. ("Defendants"):

**IT IS ORDERED** that Defendants' request for an order of dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED** without prejudice to the parties' right, within **THIRTY DAYS**, to reopen the matter if the settlement is not consummated.[1]

Baton Rouge, Louisiana, this _15th_ day of December, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] In the letter advising the Court that a settlement was reached (Doc. 26), counsel for Defendants requested a sixty day order of dismissal and indicated that a Joint Motion of Dismissal and Order would be filed before Thanksgiving. Such motion was never filed, but the Court acts now without this formality.